AO 93 (Rev. 11/13) Search and Seizure Warrant ~~NOT FOR PUBLIC VIEW~~

FILED
JUL 02 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of California

Case unsealed per court order 7/5/18 cjs

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Residence located at 3940 Honeycutt Street, Apt. # 6, San Diego, CA 92109

Case No. 18MJ2807

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

Residence located at 3940 Honeycutt Street, Apt. #6 San Diego, CA 92109 as more fully described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   6/12/18   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   **MITCHELL D. DEMBIN**
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   5/29/18 10:45 am   _____
                                               *Judge's signature*

City and state:   San Diego, CA   Mitchell D. Dembin, United States Magistrate Judge
                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| | | |
|---|---|---|
| Case No.: 18 MJ 2807 | Date and time warrant executed: 6/1/2018 9:00 A.M. | Copy of warrant and inventory left with: MELISSA PRATCHARD |

Inventory made in the presence of: FBI Special Agent Steven Gubcaich

Inventory of the property taken and name of any person(s) seized:

1) LARGE FIX BLADE KNIFE IN KYDEX SHEATH
2) 3 MAGAZINE HOLDERS
3) 9mm Semi Auto Pistol; Hawg
4) SMITH & WESSEN 9MM Semi-Auto Ser# HLP6255
5) H&K .40 P2000 SER#123087501
6) Smith & Wesson .38 Revolver Ser# CYS9449
7) SD TACTICAL 9MM Semi-Auto Ser# SD 020908
8) H&P Arms .308 MP10 w/ Scope and Bipod Ser# T330158 OR E012916
9) MOSSBERG 12 Gauge Pump Shotgun Ser# T330158
10) SD TACTICAL 9MM AR.9 w/ EOTECH OPTIC SER# SD8025506
11) 6 CONTAINERS OF SMOKELESS BLACK POWDER
12) Envelope with Gun Receipts and Misc. documents
13) Misc. Loose Ammunition
14) 4 Boxes Containing 11 Ammo Cans with Ammo
15) ASSORTED EMPTY WEAPONS MAGAZINES
16) METAL Tumbler
17) Body Armor (Bulletproof vest), Misc. gunjig, 80% Lower receiver
18) Box OF RELOADING EQUIPMENT
19) RELOADING PRESS
20) Misc. Gun parts, holster, and book
21) CASE OF Misc. Bullet HEADS
22) One iPad
23) One Microsoft TABLET
24) 3 Ammo Cans with shell casings
25) Misc. JIG PARTS
26) Misc. Ammo & Ammo Primers
27) Bucket of Misc. Shell Casings
28) Misc. gun parts, folder w/ Misc. gun paperwork

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/6/2018

Executing officer's signature

DAVID PENNA, Special Agent
Printed name and title