```
 1 | ADAM L. BRAVERMAN
   | United States Attorney
 2 | JOHN N. PARMLEY
   | Assistant U.S. Attorney
 3 | California Bar No. 178885
   | Office of the U.S. Attorney
 4 | 880 Front Street, Room 6293
   | San Diego, CA 92101
 5 | Tel: (619) 546-7957
   | Email:john.parmley@usdoj.gov
```



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | No. 18MJ2807 |
|---|---|
| 3940 Honeycutt Street, # 6<br>San Diego, CA 92109 | MOTION AND ORDER TO UNSEAL SEARCH WARRANT |

COMES NOW the United States, by and through its counsel, Adam L. Braverman, United States Attorney, and John N. Parmley, Assistant U.S. Attorney, and hereby moves that the search warrant and affidavit filed under seal in this matter be ordered unsealed.

Case No.         Description

18MJ2807         Search and Seizure Warrant for the premises located at

                 3940 Honeycutt Street,

                 # 6,

                 San Diego, CA 92109

1 | This search warrant was executed on June 1, 2018. The United States requests this matter be unsealed so it may be disclosed to defense.

DATED: July 3, 2018

Respectfully submitted,
ADAM L. BRAVERMAN
United States Attorney

JOHN N. PARMLEY
Assistant United States Attorney

SO ORDERED.

HON. KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE